UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
WAYNE FOWLER,                       )
                                    )
                    Plaintiff,      )   Case No. C18-0223RSL
         v.                         )
                                    )   ORDER GRANTING MOTION TO
GEICO ADVANTAGE INSURANCE           )   WITHDRAW
COMPANY,                            )
                                    )
                    Defendant.      )
_____)

This matter comes before the Court on attorney Lee S. Thomas' "Motion to Withdraw[] as Plaintiff's Counsel." Dkt. # 12. Having reviewed the papers submitted, the motion is GRANTED. Mr. Thomas is no longer counsel of record in this matter. The Clerk of Court is directed to terminate Mr. Thomas' participation in this case and to include plaintiff's address:

> 207 D. St. SE, #1
> Auburn, WA 98002

in the docket.

Plaintiff is now proceeding pro se in this litigation. Unless and until he retains new counsel, he is expected to follow the local rules of this district (found at http://www.wawd.uscourts.gov/sites/wawd/files/WAWDAllLocalCivilRules-2017.pdf) and the Federal Rules of Civil Procedure. Plaintiff is advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of

ORDER GRANTING MOTION TO
WITHDRAW

1 | perjury. See LCR 7 and 10; 28 U.S.C. § 1746.
2 |
3 |     Dated this 10th day of May, 2018.
4 |                                 */s/ Robert S. Lasnik*
                                Robert S. Lasnik
5 |                                 United States District Judge

ORDER GRANTING MOTION TO
WITHDRAW                                        -2-