The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE FOWLER, an individual, | NO. 2:18-CV-00223-RSL |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | **Clerk's Action Required** |
| GEICO ADVANTAGE INSURANCE COMPANY, | |
| Defendant. | |

COME NOW Plaintiff Wayne Fowler ("Plaintiff") and Defendant GEICO Advantage Insurance Company ("GEICO"), by and through its attorneys of record, and hereby stipulate and agree that any claims that were brought or could have been brought against GEICO by Plaintiff may be dismissed with prejudice and without costs to any party.

DATED this 17th day of May, 2018.

PRO SE PLAINTIFF

By _____
Wayne Fowler

DATED this 23 day of May, 2018.

BETTS, PATTERSON & MINES, P.S.

By _____
Shawna M. Lydon, WSBA #34238
Attorneys for Defendant GEICO

1

## ORDER OF DISMISSAL

Upon the foregoing stipulation of the parties;

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED, that any claims that were brought or could have been brought by Plaintiff against Defendant GEICO are hereby dismissed with prejudice and without costs to any party.

DATED this 30th day of May, 2018

_____
JUDGE/~~COURT COMMISSIONER~~

Presented by:

BETTS, PATTERSON & MINES, P.S.

By_____
Shawna M. Lydon, WSBA #44238
Attorneys for Defendant GEICO

*Approved as to form;*
*Notice of Presentation waived:*

PRO SE PLAINTIFF

By_____
Wayne Fowler